**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01964-REB-KMT

RALPH DiMEO, individually,
DEBBY DiMEO, individually, and doing business as Alex Outdoors, and
KINGOFTHEMOUNTAINONLINE, a New Jersey general partnership,

    Plaintiffs,

v.

KING OF THE MOUNTAIN, INC., a Wyoming corporation,

    Defendant.

---

### **MINUTE ORDER**[1]

---

    The matter is before the court on the **Unopposed Motion To Join Alex DiMeo as Counterclaim Defendant** [#32] filed January 7, 2011. The motion is **GRANTED** in part. The defendant seeks to add Alex DiMeo, who currently is not a party to this case, as a counterclaim defendant. Under Fed. R. Civ. P. 13, a counterclaim may be asserted only against an opposing party. Currently, Alex DiMeo is not an apposing party. It appears, however, that Alex DiMeo properly may be joined as a third-party defendant. The defendant's motion is granted to the extent that the court grants the defendant leave to join Alex DiMeo as a third party defendant under Fed. R. Civ. P. 14. Otherwise, the motion is **DENIED**.

    Dated: January 10, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.