**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10–cv–01964–WJM–KMT

RALPH DIMEO, individually,
DEBBY DIMEO, individually, and doing business as Alex Outdoors, and
KINGOFTHEMOUNTAINONLINE, a New Jersey general partnership,

    Plaintiffs,

v.

KING OF THE MOUNTAIN, INC., a Wyoming corporation,

    Defendant,

and

ALEX DIMEO

    Third-Party Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on Plaintiff's Motion for Dismissal with Prejudice, filed April 11, 2011 (ECF No. 59). The Court having reviewed Plaintiff's Motion for Dismissal with Prejudice and being fully advised, hereby ORDERS as follows:

The Plaintiff's Motion for Dismissal is GRANTED. Pursuant to ¶ 7 of this Court's Order and Judgment entered April 11, 2011 (ECF No. 57), the above-captioned action is hereby DISMISSED WITH PREJUDICE, subject only to the enforcement of the terms of said Order and Judgment.

Dated this 12th day of April, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge